UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
                                 :

BRAULIO THORNE, ON BEHALF OF        :
HIMSELF AND ALL OTHER PERSONS     :
SIMILARLY SITUATED,                  :
                                 :

                 Plaintiff,        :

                                 :

      -v-                               :
                                 :

DALE'S DRUM SHOP, INC.,            :
                                 :

                Defendant.      :
                                 :

----------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/5/2023___

23-cv-777 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The

parties may reopen the case, provided the application to restore the action to the Court's calendar

is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five

(45) days from the date of this Order may be denied solely on that basis. Any pending motions

are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: May 5, 2023
       New York, New York                                 LEWIS J. LIMAN
                                            United States District Judge